IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  05-CR-00407-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONNY D. WISDOM,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    The trial preparation conference will be held **April 4, 2007, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated:  March 27, 2007

                                  s/Jane Trexler, Secretary/Deputy Clerk